NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>VS.<br><br>CAMERON COLLINGS,<br><br>                  Defendant. | Case No.<br><br>**Criminal Information**<br><br>Count One: Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (B)(1) |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

### COUNT ONE
*Receipt of Child Pornography*

Beginning on a date unknown, and continuing to on or about January 21, 2015, in the State and Federal District of Nevada and elsewhere,

**CAMERON COLLINGS,**

defendant herein, did knowingly receive child pornography and any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that was shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that was shipped and transported using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

1

## FORFEITURE ALLEGATION
*Receipt of Child Pornography*

1. The allegations contained in Count One of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

2. Upon conviction of the felony offense charged in Count One of this Criminal Information,

### CAMERON COLLINGS,

defendant herein, shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2):

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) or any property traceable to such property:

   1. Hewlett-Packard (HP) computer tower, serial number of MXU915048N;
   2. Toshiba laptop, serial number of 97050802W, including its drive;
   3. ASUS laptop, serial number of CBN0AS116894456, including its drive; and
   4. WD EXHDD hard drive, serial number of WX30AA9Z2242.

3. All pursuant to 18 U.S.C. §§ 2252A(a)(2), 2253(a)(1), and 2253(a)(3).

DATED this 2nd day of January, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorne

2