ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
emagana@draskovich.com
robert@draskovich.com

RICHARD A. WRIGHT, ESQ.
Nevada Bar No. 886
300 S. Fourth Street, Suite 701
Las Vegas, Nevada 89101
702-382-4004
rick@wmllawlv.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br><br>CAMERON COLLINGS,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  2:19-CR-00311-JCM-DJA<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>(First Request) |

Defendant, Cameron Collings, by and through his attorneys of record, Robert M. Draskovich, Esq., of The Draskovich Law Group, and Richard A. Wright, Esq., of Wright Marsh & Levy, and Plaintiff United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Bianca Pucci, Assistant United States Attorney, stipulate and request that the Court continue his sentencing hearing, currently scheduled for April 10, 2020, for ten (10) days or to a date convenient to the Court.

Counsel Draskovich will be out of the country on April 10, 2020. Defendant Collings is out of custody and does not object to the request for continuance. Defendant Collings waives any right he may have to a speedy sentencing in this matter.

WHEREFORE, the parties stipulate and request that the Court continue defendant Collings' sentencing hearing, currently scheduled for April 10, 2020, be continued for ten (10) days or to a date convenient to the Court.

RESPECTFULLY SUBMITTED this 15th day of January, 2020.

/s/ Bianca R. Pucci
BIANCA R. PUCCI
Assistant United States Attorney
Attorney for Plaintiff

/s/ Robert M. Draskovich
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275

/s/ Richard A. Wright
RICHARD A. WRIGHT, ESQ.
Nevada Bar No. 886

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-CR-00311-JCM-DJA |
| Plaintiff, | ) |
| vs. | ) **ORDER CONTINUING SENTENCING HEARING** |
| CAMERON COLLINGS, | ) |
| Defendant. | ) |

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

Counsel Draskovich will be out of the country on April 10, 2020. Defendant Collings is out of custody and does not object to the request for continuance of his sentencing hearing currently scheduled for April 10, 2020, for ten (10) days or to a date convenient to the Court.

1.  The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Collings' sentencing.

## <u>ORDER</u>

**IT IS THEREFORE ORDERED** that the sentencing hearing, currently scheduled for April 10, 2020, is vacated and reset to ___April 21, 2020___ at the hour of ___10:00 a.m___

**IT IS SO ORDERED** January 23, 2020.



_____
UNITED STATES DISTRICT JUDGE