|     |     |
| --- | --- |
| 1   | **United States District Court** |
| 2   | **District of Nevada** |

| | |
|---|---|
| United States of America, | Case Nos.   2:19-cr-00311-JCM-DJA |
| Plaintiff, | Order Granting Modification Of Pretrial Release Conditions |
| v. | |
| Cameron Collings, | |
| Defendant, | |

Based on Defendant's Unopposed Motion to Modify Conditions of Release, and good cause appearing,

IT IS HEREBY ORDERED: that the conditions of Defendant Collings' pretrial release be modified as follows:

1. That Mr. Collings be allowed to travel from Las Vegas, Nevada to Oakland, California on February 15, 2020 and stay with his mother from February 15, 2020 through February 20, 2020.

2. That Mr. Collings be allowed to travel to Pacific Grove, California and stay at an Air B&B from February 20, 2020 through March 2, 2020 to visit with his significant other and her family.

3. That during this time, Mr. Collings be able to travel in the vicinity of Oakland, California and Pacific Grove, California to attend doctor's appointments.

4. That Mr. Collings provide his mother's contact information to Pretrial Services for verification that her residence is appropriate and suitable for his temporary stay;

5. That Mr. Collings provide his other travel arrangements and accommodations to Pretrial Services for verification that the accommodations are suitable for his temporary stay;

6. That Pretrial Services place Mr. Collings on GPS monitoring and curfew at the discretion of Pretrial Services during February 15, 2020-March 2, 2020; In order to accommodate installation of the appropriate technology, that Mr. Collings shall report to Pretrial services shortly before and shortly after his travel days to facilitate the GPS monitoring.

7. That after the specified dates in this Order, the defendant's normal curfew be re-imposed, and he be removed from GPS monitoring and be placed on RF monitoring.

8. All other conditions of Pretrial Supervision remain in effect.

IT IS SO ORDERED

DATE: February 10, 2020

_____
UNITED STATES DISTRICT COURT

5

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers.

That on February 10, 2020, she served an electronic copy of the above and foregoing <u>UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND PROPOSED ORDER</u> by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney District of Nevada
Bianca Pucci
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101

                                                       */s/ Debbie Caroselli*
                                                       Employee Wright Marsh & Levy