RICHARD A. WRIGHT, ESQ.
Nevada Bar No. 886
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, NV 89101
Phone: (702) 474-4222
Fax: (702) 474-1320
robert@draskovich.com

Attorneys for Defendant Cameron Collings

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America, | Case No.  2:19-cr-00311-JCM-DJA |
| Plaintiff, | |
| v. | Stipulation to Modify Conditions of Supervision (First Request) |
| Cameron Collings, | (Expedited treatment requested)[1] |
| Defendant, | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States and Richard A. Wright Esq., of Wright Marsh & Levy, and Robert Draskovich Esq., of Draskovich Law Group, counsel for the Defendant, Cameron Collings, that the conditions of his pretrial release be modified to allow for travel to the Central District of California from July 15-July 31, 2020.

---

[1] Due to the imminent travel dates requested, The Parties requests this Court review the Stipulation and proposed order expeditiously.

Neither the government nor United States Pretrial oppose this request.

This Stipulation is entered into for the following reasons:

1. The parties resolved this case preindictment. Thus, on January 2, 2020, a waiver of indictment, arraignment and change of plea hearing were held. ECF 5, 7. At that time, Mr. Collings pled guilty, by way of plea agreement, to one count receipt of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (B)(1). ECF 3, 5, 7. A personal recognizance bond (PR bond) was entered. ECF 9.

2. On June 26, 2020, Mr. Collings was sentenced to 87 months' imprisonment and the Court ordered a self-surrender date of October 23, 2020. ECF 25, 26. The Judgment of Conviction was entered on July 2, 2020. ECF 26.

3. Mr. Collings continues to remain under the supervision of United States Pretrial until he self-surrenders.

4. Mr. Collings has been on pretrial release since January 2, 2020 with no significant violations.

5. The parties and Pretrial Services recommend modifying his current pretrial conditions to the following:

- That Mr. Collings be allowed to travel from Las Vegas, Nevada to Huntington Beach, California on July 15, 2020 and stay at his mother's residence from July 15-July 31, 2020;
- That during this time, Mr. Collings be able to travel throughout the Central District of California;
- That Mr. Collings provide his mother's contact information to Pretrial Services for verification that her residence is appropriate and suitable for his temporary stay;
- That Pretrial Services place Mr. Collings on GPS monitoring and curfew at the discretion of Pretrial Services during his travel dates of July 15-July 31, 2020. In order to accommodate installation of the appropriate technology, that Mr. Collings shall report to Pretrial Services shortly before and shortly after his travel days to facilitate the GPS monitoring.

- That after the specified dates in this Order, Mr. Collings' normal curfew be re-imposed, and he be removed from GPS monitoring and be placed on RF monitoring.
- All other conditions of Pretrial Supervision remain in effect as well as any other conditions previously imposed by this Court.

DATED July 13, 2020.

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH |
| --- | --- |
| | United States Attorney |
| By: /s/ Richard A. Wright | By: /s/ Supriya Prasad |
| Richard A. Wright | Supriya Prasad |
| Robert Draskovich | Assistant United States Attorney |
| Attorneys for Mr. Collings | |

**United States District Court**

**District of Nevada**

| United States of America, | Case No. 2:19-cr-00311-JCM-DJA |
| Plaintiff, | [Proposed] Order Granting Modification of Pretrial Release Conditions |
| v. | |
| Cameron Collings, | |
| Defendant, | |

Pursuant to the Stipulation of the Parties and for good cause appearing:

IT IS HEREBY ORDERED: that the conditions of Defendant Collings' pretrial release be modified as follows:

- That Mr. Collings be allowed to travel from Las Vegas, Nevada to Huntington Beach, California on July 15, 2020 and stay at his mother's residence from July 15-July 31, 2020;
- That during this time, Mr. Collings be able to travel throughout the Central District of California;
- That Mr. Collings provide his mother's contact information to Pretrial Services for verification that her residence is appropriate and suitable for his temporary stay;
- That Pretrial Services place Mr. Collings on GPS monitoring and curfew at the discretion of Pretrial Services during Mr. Colling's dates of travel of July 15-July 31, 2020. In order to accommodate installation of the appropriate technology, that Mr. Collings shall report to Pretrial Services shortly before and shortly after his travel days to facilitate the GPS monitoring.
- That after the specified dates in this Order, Mr. Collings' normal curfew be re-imposed, and he be removed from GPS monitoring and be placed on RF monitoring.

///

- All other conditions of Pretrial Supervision remain in effect as well as any other conditions previously imposed by this Court.

IT IS SO ORDERED

DATE: July 13, 2020

_____
UNITED STATES DISTRICT JUDGE