1  RICHARD A. WRIGHT, ESQ.
   Nevada Bar No. 886
2  WRIGHT MARSH & LEVY
   300 S. Fourth Street, Suite 701
3  Las Vegas, NV 89101
   Phone: (702) 382-4004
4  Fax: (702) 382-4800
5  rick@wmllawlv.com

6  ROBERT M. DRASKOVICH, ESQ.
   Nevada Bar No. 6275
7  DRASKOVICH LAW GROUP
   815 S. Casino Center Boulevard
8  Las Vegas, NV 89101
   Phone: (702) 474-4222
9  Fax: (702) 474-1320
10 robert@draskovich.com

11 Attorneys for Defendant Cameron Collings

**United States District Court**

**District of Nevada**

| United States of America, | Case No. 2:19-cr-00311-JCM-DJA |
|---|---|
| Plaintiff, | |
| v. | Stipulation to Modify Conditions of Supervision (Second Request) |
| Cameron Collings, | (Expedited treatment requested)[1] |
| Defendant, | |

   IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States and Richard A. Wright Esq., of Wright Marsh & Levy, and Robert Draskovich Esq., of Draskovich Law Group, counsel for the Defendant, Cameron Collings, that the conditions of his pretrial release be

---

[1] Due to the imminent travel dates requested, The Parties requests this Court review the Stipulation and proposed order expeditiously.

modified to allow for travel to the Central and Southern Districts of California, from September 1, 2020 through September 20, 2020.

Neither the government nor United States Pretrial oppose this request.

This Stipulation is entered into for the following reasons:

1. The parties resolved this case preindictment. Thus, on January 2, 2020, a waiver of indictment, arraignment and change of plea hearing were held. ECF 5, 7. At that time, Mr. Collings pled guilty, by way of plea agreement, to one count receipt of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (B)(1). ECF 3, 5, 7. A personal recognizance bond (PR bond) was entered. ECF 9.

2. On June 26, 2020, Mr. Collings was sentenced to 87 months' imprisonment and the Court ordered a self-surrender date of October 23, 2020. ECF 25, 26. The Judgment of Conviction was entered on July 2, 2020. ECF 26.

3. Mr. Collings continues to remain under the supervision of United States Pretrial until he self-surrenders.

4. Mr. Collings has been on pretrial release since January 2, 2020 with no significant violations.

5. The parties and Pretrial Services recommend modifying his current pretrial conditions to the following:

- That Mr. Collings be allowed to travel from Las Vegas, Nevada to Huntington Beach, California on September 1, 2020 and stay at his mother's residence from September 1, 2020 through September 20, 2020.
- That during this time, Mr. Collings be able to travel throughout the Central and Southern Districts of California;
- That Mr. Collings provide his mother's contact information to Pretrial Services for verification that her residence is appropriate and suitable for his temporary stay;
- That Pretrial Services place Mr. Collings on GPS monitoring and curfew at the discretion of Pretrial Services during his travel dates of September 1, 2020 through September 20, 2020. In order to accommodate installation of the appropriate technology, that Mr. Collings shall report to Pretrial Services shortly before and shortly after his travel days to facilitate the GPS monitoring.

- That after the specified dates in this Order, Mr. Collings' normal curfew be re-imposed, and he be removed from GPS monitoring and be placed on RF monitoring.
- All other conditions of Pretrial Supervision remain in effect as well as any other conditions previously imposed by this Court.

DATED August 25, 2020.

| | |
|---|---|
| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: */s/ Richard A. Wright*<br>Richard A. Wright<br>Robert Draskovich<br>Attorneys for Mr. Collings | By: */s/ Supriya Prasad*<br>Supriya Prasad<br>Assistant United States Attorney |

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America, | Case No.  2:19-cr-00311-JCM-DJA |
| Plaintiff, | Order Granting Modification of Pretrial Release Conditions |
| v. | |
| Cameron Collings, | |
| Defendant, | |

Pursuant to the Stipulation of the Parties and for good cause appearing:

IT IS HEREBY ORDERED: that the conditions of Defendant Collings' pretrial release be modified as follows:

- That Mr. Collings be allowed to travel from Las Vegas, Nevada to Huntington Beach, California on September 1, 2020 and stay at his mother's residence from September 1, 2020 through September 20, 2020;
- That during this time, Mr. Collings be able to travel throughout the Central and Southern Districts of California;
- That Mr. Collings provide his mother's contact information to Pretrial Services for verification that her residence is appropriate and suitable for his temporary stay;
- That Pretrial Services place Mr. Collings on GPS monitoring and curfew at the discretion of Pretrial Services during Mr. Colling's dates of travel of September 1, 2020 through September 20, 2020.  In order to accommodate installation of the appropriate technology, that Mr. Collings shall report to Pretrial Services shortly before and shortly after his travel days to facilitate the GPS monitoring.
- That after the specified dates in this Order, Mr. Collings' normal curfew be re-imposed, and he be removed from GPS monitoring and be placed on RF monitoring.

- All other conditions of Pretrial Supervision remain in effect as well as any other conditions previously imposed by this Court.

IT IS SO ORDERED

DATE: September 4, 2020

*James C. Mahan*

UNITED STATES DISTRICT JUDGE