RICHARD A. WRIGHT, ESQ.
Nevada Bar No. 886
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, NV 89101
Phone: (702) 474-4222
Fax: (702) 474-1320
robert@draskovich.com

Attorneys for Defendant Cameron Collings

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Cameron Collings,<br><br>　　　　Defendant, | Case No.   2:19-cr-00311-JCM-DJA<br><br>Stipulation to Modify Conditions of Supervision<br><br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States and Richard A. Wright Esq., of Wright Marsh & Levy, and Robert Draskovich Esq., of Draskovich Law Group, counsel for the Defendant, Cameron Collings, that the conditions of his pretrial release be modified to allow for travel to the Central and Southern Districts of California, from September 1, 2020 through **September 25, 2020.**

This Stipulation is entered into for the following reasons:

1. On August 25, 2020, the parties filed a Second Stipulation to Modify Conditions of Supervision requesting that Mr. Collings be able to travel to the Central and Southern Districts of California from September 1, 2020 through September 20, 2020.

2. On September 4, 2020, the Court granted the parties' stipulation and entered an Order to that effect. Thus, Mr. Collings did not begin his requested travel period until September 4, 2020, when he was authorized by this Court's Order to leave this jurisdiction. ECF 30.

3. Now, Mr. Collings requests an extension to the previously requested travel dates to **September 25, 2020** under the same conditions as previously Ordered. ECF 30.

4. Mr. Collings continues to remain under the supervision of United States Pretrial until he self-surrenders and he has been on pretrial release since January 2, 2020 with no significant violations.

5. The parties and Pretrial Services recommend modifying his current pretrial conditions to the following:

- That Mr. Collings be allowed to travel from Las Vegas, Nevada to Huntington Beach, California on September 1, 2020 and stay at his mother's residence from September 1, 2020 through **September 25, 2020.**

- That during this time, Mr. Collings be able to travel throughout the Central and Southern Districts of California;

- That Mr. Collings provide his mother's contact information to Pretrial Services for verification that her residence is appropriate and suitable for his temporary stay;

- That Pretrial Services place Mr. Collings on GPS monitoring and curfew at the discretion of Pretrial Services during his travel dates of September 1, 2020 through **September 25, 2020.** In order to accommodate installation of the appropriate technology, that Mr. Collings shall report to Pretrial Services shortly before and shortly after his travel days to facilitate the GPS monitoring.

- That after the specified dates in this Order, Mr. Collings' normal curfew be re-imposed, and he be removed from GPS monitoring and be placed on RF monitoring.

2

- All other conditions of Pretrial Supervision remain in effect as well as any other conditions previously imposed by this Court.

DATED September 8, 2020.

WRIGHT MARSH & LEVY                       NICHOLAS A. TRUTANICH
                                          United States Attorney


By: */s/ Richard A. Wright*                By: */s/ Supriya Prasad*
    Richard A. Wright                          Supriya Prasad
    Robert Draskovich                          Assistant United States Attorney
    Attorneys for Mr. Collings

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America, | Case No.   2:19-cr-00311-JCM-DJA |
| Plaintiff, | Order Granting Modification of Pretrial Release Conditions |
| v. | |
| Cameron Collings, | |
| Defendant, | |

Pursuant to the Stipulation of the Parties and for good cause appearing:

IT IS HEREBY ORDERED: that the conditions of Defendant Collings' pretrial release be modified as follows:

- That Mr. Collings be allowed to travel from Las Vegas, Nevada to Huntington Beach, California on September 1, 2020 and stay at his mother's residence from September 1, 2020 through **September 25, 2020**;
- That during this time, Mr. Collings be able to travel throughout the Central and Southern Districts of California;
- That Mr. Collings provide his mother's contact information to Pretrial Services for verification that her residence is appropriate and suitable for his temporary stay;
- That Pretrial Services place Mr. Collings on GPS monitoring and curfew at the discretion of Pretrial Services during Mr. Colling's dates of travel of September 1, 2020 through **September 25, 2020.**  In order to accommodate installation of the appropriate technology, that Mr. Collings shall report to Pretrial Services shortly before and shortly after his travel days to facilitate the GPS monitoring.
- That after the specified dates in this Order, Mr. Collings' normal curfew be re-imposed, and he be removed from GPS monitoring and be placed on RF monitoring.

- All other conditions of Pretrial Supervision remain in effect as well as any other conditions previously imposed by this Court.

IT IS SO ORDERED

DATE: September 11, 2020

*[signature: James C. Mahan]*

UNITED STATES DISTRICT JUDGE