Richard A. Wright, Esq.
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Draskovich Law Group
815 S. Casino Center Boulevard
Las Vegas, NV 89101
Phone: (702) 474-4222
Fax: (702) 474-1320
robert@draskovich.com

Attorneys for Defendant Cameron Collings

## United States District Court

### District of Nevada

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Cameron Collings,<br><br>　　　　Defendant, | Case No.   2:19-cr-00311-JCM-DJA<br><br>Stipulation to Modify Conditions of Supervision<br><br>(Fourth Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States, and Richard A. Wright Esq., of Wright Marsh & Levy, and Robert Draskovich Esq., of Draskovich Law Group, counsel for the Defendant, Cameron Collings, that the conditions of his pretrial release be modified to ease current travel restrictions and other pretrial conditions for the purposes of Mr. Collings self-surrender to FCI Terminal Island on October 23, 2020 at 2:00 p.m.  The U.S. Pretrial Office further agrees with this request.

This Stipulation is entered into for the following reasons:

1. The parties resolved this case preindictment. On January 2, 2020, a waiver of indictment, arraignment and change of plea hearing were held. ECF 5, 7. At that time, Mr. Collings pled guilty, by way of plea agreement, to one count receipt of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (B)(1). ECF 3, 5, 7. A personal recognizance bond (PR bond) was entered. ECF 9.

2. On June 26, 2020, Mr. Collings was sentenced to 87 months' imprisonment and the Court ordered a self-surrender date of October 23, 2020. ECF 25, 26. The Judgment of Conviction was entered on July 2, 2020. ECF 26.

3. Mr. Collings has been on pretrial release since January 2, 2020 with no significant violations.

4. The parties and Pretrial Services recommend modifying his current pretrial conditions to allow for his travel outside of Clark County for the purposes of self-surrendering at FCI Terminal Island. Below is the proposed language for consideration:

- That current travel restrictions be modified to allow for travel outside of Clark County from October 21-October 23, 2020 for the purposes of self-surrendering at FCI Terminal Island on October 23, 2020 at 2:00 pm.
- That defendant's location monitoring equipment be removed by October 21, 2020 to allow for said travel thereafter.
- All other conditions of pretrial release (including the curfew condition) would remain in effect until defendant self-surrenders at FCI Terminal Island.

DATED October 15, 2020.

| | |
|---|---|
| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: */s/ Richard A. Wright*<br>    Richard A. Wright<br>    Robert Draskovich<br>    Attorneys for Mr. Collings | By: */s/ Supriya Prasad*<br>    Supriya Prasad<br>    Assistant United States Attorney |

2

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Cameron Collings,<br><br>      Defendant, | Case No.  2:19-cr-00311-JCM-DJA<br><br>Order Granting Modification of Pretrial Release Conditions |

Pursuant to the Stipulation of the Parties and for good cause appearing:

IT IS HEREBY ORDERED: that the conditions of Defendant Collings' pretrial release be modified as follows:

- That current travel restrictions be modified to allow for travel outside of Clark County from October 21-October 23, 2020 for the purposes of self-surrendering at FCI Terminal Island on October 23, 2020 at 2:00 pm.
- That defendant's location monitoring equipment be removed by October 21, 2020 to allow for said travel thereafter.
- All other conditions of pretrial release (including the curfew condition) would remain in effect until defendant self-surrenders at FCI Terminal Island.

IT IS SO ORDERED.

DATE: October 16, 2020.

                                                    Honorable James C. Mahan<br>
                                                    United States District Judge